IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO AND DOMINGA BRAMBILA, | No. C 09-6017 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| COUNTRYWIDE BANK, N.A., *et al.*, | |
| Defendants. | |

On December 23, 2009, defendants removed this case from state court to this Court. On December 30, 2009, defendants filed a motion to dismiss the complaint. (Docket No. 4). The case was then reassigned to the undersigned judge, and on January 13, 2010, defendants re-noticed the motion to dismiss for a hearing on February 26, 2010. Plaintiffs' opposition to the motion was due no later than February 5, 2010. Plaintiffs, who are representing themselves without counsel, have not filed an opposition, nor have plaintiffs taken any action in this case since it was removed to this Court.

Accordingly, the Court orders plaintiff to file a declaration by **February 22, 2010** stating why this case should not be dismissed without prejudice for failure to prosecute. The February 26, 2010 hearing on defendants' motion to dismiss is VACATED. The Court will reschedule the hearing on the motion if necessary. Failure to comply with these deadlines will result in dismissal of plaintiffs' complaint without prejudice.

**IT IS SO ORDERED.**

Dated: February 12, 2010

SUSAN ILLSTON
United States District Judge