Pedro Brambila
Dominga Brambila
2080 Roper Circle
Brentwood, CA 94513

Attorney In Pro Se

FILED

2010 FEB 24 A 11: 54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO BRAMBILA; DOMINGA BRAMBILA<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, .; INC.,; RECONTRUST COMPANY; BAC HOME LOANS SERVICING, LP; DOES 1 through 100, Inclusive<br><br>Defendants, | Case No: C09-06017-SI<br>(CCC Superior Court Case #: C09-03191)<br>Filed: November 17, 2009<br><br>REQUEST FOR DISMISSAL<br><br>DATE OF HEARING: February 26, 2010<br>TIME OF HEARING: 9:00 a.m.<br>Court Room: 10, 9Th Floor<br>Honorable Judge, Susan Illston |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that I, Pedro Brambila and Dominga Brambila Request for Dismissal Case Number: 09-06017-SI , without prejudice due to inadequate legal counsel. Case set for a hearing on, February 26, 2010, at 9:00 a.m. in court room 10, 9Th Floor of the United States District Court Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's Request for case to be dismissed without prejudice.

1
REQUEST FOR DISMISSAL

Dated : February 24, 2010

*Pedro Brambila* (signature)
Pedro Brambila
Attorney in Pro Se

*Dominga Brambila* (signature)
Dominga Brambila
Attorney in Pro Se

**IT IS SO ORDERED**
*Susan Illston* (signature)
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | **PROOF OF SERVICE by Mail** |
| 2 | |
| 3 | At the time of service I was over 18 years of age and not a party to this action. |
| 4 | My residence or business address is: |
| 5 | |
| 6 | |
| 7 | On February 24, 2010, I served the foregoing document described as REQUEST FOR DISMISSAL on the interested parties in this action: |
| 8 | (X) by placing () the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows: |
| 9 | |
| 10 | BRYAN CAVE, LLP |
| | James Goldberg, (SBN 107990) |
| 11 | Bahareh Mostajelean, (SBN 258903) |
| | Two Embarcadero Center, Ste. 1410 |
| 12 | San Francisco, CA 94102 |
| | Telephone: (415) 675-3400 |
| 13 | Fascimile: (415) 675-3434 |
| 14 | BRYAN CAVE, LLP |
| | Robert E. Boone III, (SBN 132780) |
| 15 | 120 Broadway, Ste. 300 |
| | Santa Monica, CA 90401-2386 |
| 16 | Telephone: (310) 576-2100 |
| | Facsmile: (310) 576-2200 |
| 17 | |
| | tal service on that same day with postage thereon fully prepaid at the city set forth above. |
| 18 | |
| | (X) (STATE) I declare under penalty of perjury under the laws of the State of California that |
| 19 | the foregoing is true and correct. |
| 20 | Executed on February 24, 2010 |
| 21 | *Enrrigue Carbajal*  
Print Name |
| 22 | |
| 23 | *Enrrique Carbajal*  
Signature |

3

REQUEST FOR DISMISSAL